[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 21-14231

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

VICTOR HERBERT CARROLL,

Defendant- Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:19-cr-00134-CG-MU-1

_____

2                    Opinion of the Court                    21-14231

Before WILSON, JILL PRYOR, and ANDERSON, Circuit Judges.

PER CURIAM:

Richard Shields, appointed counsel for Victor Carroll in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record shows that the district court's final judgment contains a clerical error in listing the crime of conviction on Count 1 as a conspiracy offense under 21 U.S.C. § 846, rather than the substantive offense of possession with intent to distribute 5 grams or more of methamphetamine under § 841(a)(1) and (b)(1)(B), but otherwise reveals that counsel's assessment of the relative merit of the appeal is correct. Accordingly, we **VACATE** the judgment and **REMAND** to the district court for the limited purpose of correcting the clerical error. *United States v. Anderton*, 136 F.3d 747, 751 (11th Cir. 1998) (per curiam). Otherwise, because our independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carroll's convictions and sentences are **AFFIRMED**.